William R. Hart, Esq., Bar No. 71127
David Christopher Baker, Esq., Bar No. 134134
Brian P. Kinder, Esq., Bar No. 212332
HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 Sandpointe, Fourth Floor
Santa Ana, California  92707
Telephone: (714) 432-8700
Facsimile:  (714) 546-7457

Attorneys for Plaintiffs COBRA ENGINEERING, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| COBRA ENGINEERING, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> COBRA SCOOTERS, LLC, a Delaware corporation dba COBRA POWERSPORTS and MICHAEL JOHN FRANKOVICH, an individual, dba NOHO SCOOTERS <br><br>  Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.:   SACV07-01373 DOC (MLGx) <br><br> Judge:     Hon. David O. Carter <br> Courtroom: 9D <br><br> **[PROPOSED]** ORDER RE: NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; <br><br> [Fed. R. Civ. P. 41(a)(1)(ii)] <br><br> Filed:      November 26, 2007 <br> Trial Date:  December 1, 2009 |

The court having received the Notice of Settlement and Stipulation of Dismissal Pursuant To Settlement and approved the settlement of the parties, good causing appearing therefore, it is hereby ordered that:

- The entire above-captioned matter, including all causes of action in both the complaint and related counterclaims, is hereby dismissed with prejudice;
- The dismissal is expressly conditioned on the terms and conditions of the confidential settlement arrived at between the parties;

/ / /

1

38184.001/4838-1589-4788v.1
**[PROPOSED]** ORDER RE: NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

1  • The court retains jurisdiction of this matter for purposes of taking any
2  action necessary to enforce the terms of the confidential settlement; and
3  • Each party shall bear their own costs, including attorney's fees, as provided
4  for in the confidential settlement agreement.

6  IT IS SO ORDERED.

8  Dated: September 30, 2009         _/s/ David O. Carter_____
                                     Hon. David O. Carter
9                                    United States District Judge

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

2
38184.001/4838-1589-4788v.1
[PROPOSED] ORDER RE: NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT